United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 20-03076-HWV
Jay P. Ackerman                                                     Chapter 13
Brenda M. Ackerman
        Debtor(s)

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jay P. Ackerman, Brenda M. Ackerman, 9 Briar Road, Lebanon, PA 17042-8002 |
| 5366959 | + | AES Members 1st FCU, Attn: Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5366966 | + | FM/Citizens/Nelnet, 1 Citizens Drive, Riverside, RI 02915-3026 |
| 5374782 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5366967 | + | Kashable, LLC, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017-6127 |
| 5366969 | + | Lebanon FCU, 300 Schneider Drive, Lebanon, PA 17046-4811 |
| 5366970 | + | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 5366972 | + | Pennsylvania Central FCU, 959 East Park Drive, Harrisburg, PA 17111-2810 |
| 5374147 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5366975 | + | Zwicker & Associates, PC, Attn: Ashwini Rojiwadia, Esquire, 3220 Tillman Drive, Bensalem, PA 19020-2028 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2020 19:05:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5366960 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 19:05:53 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 5366962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 19:06:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5366963 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 19:06:00 | ComenityCapital/Boscovs, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5366964 | + | Email/Text: mrdiscen@discover.com | Nov 24 2020 19:06:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5366965 | + | Email/Text: dplbk@discover.com | Nov 24 2020 19:06:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5366957 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2020 19:06:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5366961 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2020 19:05:52 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 5366968 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 24 2020 19:06:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5366971 | + | Email/Text: bankruptcynotices@psecu.com | Nov 24 2020 19:06:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5366958 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 24 2020 19:06:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5375298 | + | Email/Text: bankruptcynotices@psecu.com | Nov 24 2020 19:06:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

| 5366973 | + Email/Text: bankruptcyteam@quickenloans.com | | |
|---|---|---|---|
| | | Nov 24 2020 19:06:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 5367325 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 24 2020 19:05:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5366974 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 24 2020 19:05:31 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020         Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Debtor 1 Jay P. Ackerman gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Brenda M. Ackerman gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jay P. Ackerman,

**Debtor 1**

Brenda M. Ackerman,

**Debtor 2**

Chapter     13

Case No.     1:20−bk−03076−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, further details will be provided to you | Date: December 17, 2020 <br> Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: KarenDavis, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: November 24, 2020

ntnew341 (04/18)