IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JAY P. ACKERMAN | : | CASE NO. 1:20-bk-03076 HWV |
| BRENDA M. ACKERMAN | : | |
| Debtors | : | CHAPTER 13 |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE
SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF
CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST,
PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN**

AND NOW comes Debtors, Jay P. Ackerman and Brenda M. Ackerman, by and through their attorney, Gary J. Imblum and respectfully represents:

1. Debtors filed a Chapter 13 Bankruptcy to the above term and number on October 20, 2020.

2. Debtors filed the bankruptcy as an emergency filing due to a pending lawsuit.

3. Debtors' counsel has been unable to gather sufficient information necessary to file the schedules and plan due to the emergency filing.

4. A Motion for Extension of Time was filed on November 2, 2020 which was approved by an Order dated November 10, 2020.

5. Debtors' schedules are due to the Court on or before December 3, 2020.

6. It is estimated that Debtors' counsel will need an additional 30 days in order to file the bankruptcy schedules and Plan.

WHEREFORE, Debtors respectfully requests that this Honorable Court issue an Order extending the deadline for Debtors to file bankruptcy schedules and plan until January 2, 2021.

                                                  Respectfully submitted,

                                                  IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Attorney Id. No. 42606
4615 Derry Street
Harrisburg, PA  17111
(717) 238-5250
Fax No. 717 558-8990
Email: gary.imblum@imblumlaw.com

**Dated: December 3, 2020**                    Attorney for Debtors

# CERTIFICATE OF SERVICE

I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the foregoing SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST, PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN on the following person(s) by E-Service, addressed to:

CHARLES J DEHART III ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

          IMBLUM LAW OFFICES, P.C.

*Bernadette Davis*
**Bernadette A. Davis, Paralegal**
4615 Derry Street
Harrisburg  PA  17111
717 238-5250
Fax No. 717 558-8990
Email: gary.imblum@imblumlaw.com

Dated:  December 3, 2020

## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JAY P. ACKERMAN | : | CASE NO. 1:20-bk-03076 HWV |
| BRENDA M. ACKERMAN | : | |
| Debtors | : | CHAPTER 13 |

### ORDER

Upon consideration of Debtors' Second Motion for Extension of Time to File Schedules, Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Means Test, Pay Stubs, Statement of Financial Affairs and Chapter 13 Plan,

IT IS HEREBY ORDERED AND DECREED that the deadline for filing the aforementioned pleadings in the above captioned case is extended through January 3, 2021 .