

Researched and prepared by

Corey Flowers

Prepared exclusively for

Jay Acerman

Subject Property

9 Briar Rd

Lebanon, PA 17042



**Corey Flowers**

RE/MAX Cornerstone

931 Russell Dr
Lebanon, PA 17042
(717) 273-5501
flowerscoreyj@gmail.com

Copyright: BRIGHT MLS© 2020 All rights reserved.
This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

# Comparative Market Analysis



Researched and prepared by

## Corey Flowers

Prepared exclusively for

## Jay Acerman

Subject Property

9 Briar Rd

Lebanon, PA 17042



**Corey Flowers**

RE/MAX Cornerstone

931 Russell Dr

Lebanon, PA 17042

(717) 273-5501

flowerscoreyj@gmail.com

Copyright: BRIGHT MLS© 2020 All rights reserved.

This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.



**Corey Flowers**
RE/MAX Cornerstone
Office Ph: (717) 273-5501
Ph: (717) 273-5501

# CMA Price Adjustments

Thursday, October 22, 2020

This page outlines the subject property versus comparables properties.



No Picture Available





| | Subject Property | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| | **9 Briar Rd** | **1 Werni Dr** | | **206 Adam Dr** | |
| MLS# | 30-2354418-362048-0000 | PALN115696 | | PALN115694 | |
| Status | Public Record Comparable | Pending | | Closed | |
| Prop Type | RES | Residential | | Residential | |
| City | Lebanon | Lebanon | | Lebanon | |
| Sch District | Cornwall-Lebanon | Cornwall-Lebanon | | Cornwall-Lebanon | |
| Subdiv/Neigh | | LEBANON COUNTY | | NONE AVAILABLE | |
| Ownership | | Fee Simple | | Fee Simple | |
| Style | | Ranch/Rambler | | Ranch/Rambler | |
| Structure Type | SingleBldg | Detached | | Detached | |
| Year Built | 1967 | 1972 | | 1959 | |
| Taxes/Tax Yr | $3,363.00 | $3,268 / 2020 | | $2,858 / 2020 | |
| Assessed Val | $162,400 | $157,800 | | $138,000 | |
| List Date | | 09/21/2020 | | 09/13/2020 | |
| Closed Date | 4/30/2007 | | | 10/09/2020 | |
| DOM/CDOM | --/ | 22/22 | | 5/5 | |
| List Price | | $199,000 | | $179,900 | |
| Closed Price | $150,000 | | | $200,000 | |
| Concessions | | | | $0 | |
| Abv Grd FinSF | 1218 | 1,364 | | 1,354 | |
| Blw Grd FinSF | | 0 | | 550 | |
| $/SqFt | $123.00 | $145.89 | | $147.71 | |
| Acres | 0.27 | 0.240 | | 0.230 | |
| Beds | 3 | 3 | | 3 | |
| Baths | 1 / 1 | 1 | | 1 / 1 | |
| Bsmnt Type | Full | | | Full | |
| Garage Spcs | 0 | 0 | | 2 | |
| Parking | | | | Concrete Driveway | |
| Fireplaces | 0 | 0 | | 1 | |
| Cooling | Wall Unit, Window Unit(s) | Wall Unit, Window Unit(s) | | Central A/C | |
| Heating | Hot Water | Central | | Forced Air | |
| Water | | Public | | Public | |
| Sewer | | Public Sewer | | Public Sewer | |
| Waterfront | | No | | No | |
| Pool | | Yes - Personal | | No Pool | |

| | Price | $199,000 | $200,000 |
|---|---|---|---|
| | Total Adjustments | $0 | $0 |
| | Adjusted Price | $199,000 | $200,000 |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**
RE/MAX Cornerstone


# CMA Price Adjustments

Thursday, October 22, 2020

This page outlines the subject property versus comparables properties.



No Picture Available





| | Subject Property | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| | **9 Briar Rd** | **503 Adam Dr** | | **628 Meadow Dr** | |
| MLS# | 30-2354418-362048-0000 | PALN114758 | | PALN114260 | |
| Status | Public Record Comparable | Closed | | Closed | |
| Prop Type | RES | Residential | | Residential | |
| City | Lebanon | Lebanon | | Lebanon | |
| Sch District | Cornwall-Lebanon | Cornwall-Lebanon | | Cornwall-Lebanon | |
| Subdiv/Neigh | | NONE AVAILABLE | | HENRY HOUCK LANE AREA | |
| Ownership | | Fee Simple | | Fee Simple | |
| Style | | Ranch/Rambler | | Ranch/Rambler | |
| Structure Type | SingleBldg | Detached | | Detached | |
| Year Built | 1967 | 1960 | | 1986 | |
| Taxes/Tax Yr | $3,363.00 | $2,750 / 2020 | | $3,116 / 2019 | |
| Assessed Val | $162,400 | $132,800 | | $150,500 | |
| List Date | | 07/28/2020 | | 06/18/2020 | |
| Closed Date | 4/30/2007 | 08/31/2020 | | 07/24/2020 | |
| DOM/CDOM | --/ | 4/4 | | 15/21 | |
| List Price | | $188,000 | | $173,000 | |
| Closed Price | $150,000 | $188,000 | | $150,000 | |
| Concessions | | $0 | | $0 | |
| Abv Grd FinSF | 1218 | 1,302 | | 1,232 | |
| Blw Grd FinSF | | 420 | | 0 | |
| $/SqFt | $123.00 | $144.39 | | $121.75 | |
| Acres | 0.27 | 0.210 | | 0.280 | |
| Beds | 3 | 3 | | 3 | |
| Baths | 1 / 1 | 1 / 1 | | 2 | |
| Bsmnt Type | Full | Full, Partially Finished | | Full | |
| Garage Spcs | 0 | 1 | | 1 | |
| Parking | | Asphalt Driveway | | | |
| Fireplaces | 0 | 0 | | 0 | |
| Cooling | Wall Unit, Window Unit(s) | Central A/C | | Central A/C | |
| Heating | Hot Water | Hot Water | | Other | |
| Water | Public | Public | | Public | |
| Sewer | | Public Sewer | | Public Septic | |
| Waterfront | | No | | No | |
| Pool | | No Pool | | No Pool | |

| | | | |
|---|---|---|---|
| **Price** | | $188,000 | $150,000 |
| **Total Adjustments** | | $0 | $0 |
| **Adjusted Price** | | $188,000 | $150,000 |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**
RE/MAX Cornerstone


# CMA Price Adjustments

Thursday, October 22, 2020

This page outlines the subject property versus comparables properties.





| **Subject Property** | | **Details** | **Adjust** |
|---|---|---|---|
| **9 Briar Rd** | | **357 E Evergreen Rd** | |
| MLS# | 30-2354418-362048-0000 | PALN112108 | |
| Status | Public Record Comparable | Closed | |
| Prop Type | RES | Residential | |
| City | Lebanon | Lebanon | |
| Sch District | Cornwall-Lebanon | Cornwall-Lebanon | |
| Subdiv/Neigh | | SOUTH LEBANON TOWNSHIP | |
| Ownership | | Fee Simple | |
| Style | | Ranch/Rambler | |
| Structure Type | SingleBldg | Detached | |
| Year Built | 1967 | 1970 | |
| Taxes/Tax Yr | $3,363.00 | $3,313 / 2020 | |
| Assessed Val | $162,400 | $160,000 | |
| List Date | | 01/19/2020 | |
| Closed Date | 4/30/2007 | 08/26/2020 | |
| DOM/CDOM | --/ | 61/61 | |
| List Price | | $174,900 | |
| Closed Price | $150,000 | $179,900 | |
| Concessions | | $5,000 | |
| Abv Grd FinSF | 1218 | 1,260 | |
| Blw Grd FinSF | | 0 | |
| $/SqFt | $123.00 | $142.78 | |
| Acres | 0.27 | 0.300 | |
| Beds | 3 | 3 | |
| Baths | 1 / 1 | 2 | |
| Bsmnt Type | Full | Full, Sump Pump, Unfinished | |
| Garage Spcs | 0 | 1 | |
| Parking | | | |
| Fireplaces | 0 | 0 | |
| Cooling | Wall Unit, Window Unit(s) | Central A/C | |
| Heating | Hot Water | Heat Pump(s) | |
| Water | | Public | |
| Sewer | | On Site Septic | |
| Waterfront | | No | |
| Pool | | No Pool | |

| | | |
|---|---|---|
| **Price** | | **$179,900** |
| **Total Adjustments** | | **$0** |
| **Adjusted Price** | | **$179,900** |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**
RE/MAX Cornerstone


Thursday, October 22, 2020

# Summary of Comparable Properties

This page summarizes the comparable properties contained in this market analysis.

## Closed Properties

| Address | List Price | Closed Price | Conc Amt | Full Beds | Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | Closed Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 Briar Rd | | | | *3* | *1* | *1* | *1,218* | 1,218 | *$123.00* | |
| 206 Adam Dr | $179,900 | $200,000 | | 3 | 1 | 1 | 1,354 | | $147.71 | 10/09/2020 |
| 503 Adam Dr | $188,000 | $188,000 | | 3 | 1 | 1 | 1,302 | | $144.39 | 08/31/2020 |
| 628 Meadow Dr | $173,000 | $150,000 | | 3 | 2 | | 1,232 | | $121.75 | 07/24/2020 |
| 357 E Evergreen Rd | $174,900 | $179,900 | $5,000 | 3 | 2 | 0 | 1,260 | | $142.78 | 08/26/2020 |
| **Averages:** | **$178,950** | **$179,475** | **$5,000** | **3** | **2** | **1** | **1,287** | | **$139.16** | |

## Pending Properties

| Address | List Price | Closed Price | Conc Amt | Full Beds | Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | Pend Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 Briar Rd | | | | *3* | *1* | *1* | *1,218* | 1,218 | *$123.00* | |
| 1 Werni Dr | $199,000 | | | 3 | 1 | | 1,364 | | $145.89 | 10/11/2020 |
| **Averages:** | **$199,000** | | | **3** | **1** | | **1,364** | | **$145.89** | |

| | |
|---|---|
| Median of Comparable Listings: | **$188,000** |
| Average of Comparable Listings: | **$183,380** |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $150,000 | $188,000 | $183,380 | $200,000 | 5 |
| **Adjusted Comparable Price** | $150,000 | $188,000 | $183,380 | $200,000 | 5 |
| **DOM** | 4 | 15 | 21 | 61 | 5 |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**

RE/MAX Cornerstone



**Corey Flowers**
RE/MAX Cornerstone
Office Ph: (717) 273-5501
Ph: (717) 273-5501

# Comparables Overview

This page summarizes key fields of the listings in this analysis.

**The listings in this analysis can be summarized as follows:**

Listing Price between $173,000 and $199,000

3 Bedrooms

1 to 2 Full Bathrooms

0 to 1 Half Bathroom

1,232 to 1,364 Square Feet

$132.87 to $145.89 per Square Foot

$121.75 to $147.71 per Sold Square Foot

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**

RE/MAX Cornerstone


Thursday, October 22, 2020

## Number of Days On Market

This graph illustrates the number of days on market for the listings in this analysis.



©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.


## List Price and Closed Price

This graph illustrates the list price, along with closed price in Closed listings.



©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**

RE/MAX Cornerstone



# CMA Pro Report

These pages give a general overview of the selected properties.

| 1 Werni Dr, Lebanon, PA | Pending | $199,000 |
| --- | --- | --- |



| | | | |
| --- | --- | --- | --- |
| **MLS #ID:** | PALN115696 | **Beds:** | 3 |
| **Prop Type:** | Residential | **Baths:** | 1 |
| **Structure Type:** | Detached | | |
| **County:** | Lebanon, PA | **AbvGrdFinSF:** | 1,364 / Assessor |
| **Municipality:** | | **Lot Size:** | 0a / 10,454.00sf |
| **MLS Area:** | South Lebanon Twp - Lebanon Count | **Lot Dim:** | |
| **Subdiv/Ngh:** | LEBANON COUNTY | **Condo/HOA:** | $0 |
| **School Dist:** | Cornwall-Lebanon | **New Constr:** | No |
| **Sale Type:** Standard | **Ownership:** | Fee Simple | **Year Built:** | 1972 |
| **Garage Spaces:** | 0 | **Basement:** | No |
| **Parking:** | | **Waterfront:** | No |
| **Condition:** | Good | **Dock Type:** | |

**Remarks:** A must see- large, open-concept rancher in private cul-de-sac on 1/4 acre lot with well maintained in-ground swimming pool and relaxing patio area perfect for entertaining. All new kitchen appliances, beautiful water resistant vinyl flooring and exposed brick in the kitchen area.  Large front deck, privacy fence and beautiful mature trees stretching the front yard.  Walking distance to schools.  To see this beautiful home  give us a call today!

| 206 Adam Dr, Lebanon, PA | Closed | $179,900 |
| --- | --- | --- |



| | | | |
| --- | --- | --- | --- |
| **MLS #ID:** | PALN115694 | **Beds:** | 3 | **Cls Price:** | $200,000 |
| **Prop Type:** | Residential | **Baths:** | 1 / 1 | **Cls Date:** | 10/9/2020 |
| **Structure Type:** | Detached | | | **Concessions:** | $0 |
| **County:** | Lebanon, PA | **AbvGrdFinSF:** | 1,354 / Assessor |
| **Municipality:** | | **Lot Size:** | 0a / 10,019.00sf |
| **MLS Area:** | South Lebanon Twp - Lebanon Count | **Lot Dim:** | |
| **Subdiv/Ngh:** | NONE AVAILABLE | **Condo/HOA:** | $0 |
| **School Dist:** | Cornwall-Lebanon | **New Constr:** | No |
| **Sale Type:** Standard | **Ownership:** | Fee Simple | **Year Built:** | 1959 |
| **Garage Spaces:** | 2 | **Basement:** | Yes / Full |
| **Parking:** | Concrete Driveway | **Waterfront:** | No |
| **Condition:** | | **Dock Type:** | |

**Remarks:** Location! Location! Location! Custom built all BRICK rancher backs up to farmers field and mature trees gives privacy to back yard functions.  The large kitchen has an eat-in breakfast nook, tons of cabinets and a large plant window for your own private greenhouse effect.  The sunken living room with hardwood floors is a special place to visit with friends and family.  The natural gas fireplace in the oversized lower level family room has lots of possibilities.  A new roof with  30 yr shingles with new wood sheathing installed in 2017.  New natural gas hot water heater installed in 2017.  Hardwood floors through the LR, hall and bedrooms along with wood laminate floors in the kitchen and dining room.  Low electric and gas bills due to 12" blown in insulation added to the home.  Natural gas heating and electric central air conditioning.  Public water and sewer.  The property  is being sold "AS IS" and the home is priced accordingly.

©2020 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by **Corey Flowers**
RE/MAX Cornerstone


Thursday, October 22, 2020

# CMA Pro Report

These pages give a general overview of the selected properties.

| 503 Adam Dr, Lebanon, PA | Closed | $188,000 |
|---|---|---|



| | | | | | |
|---|---|---|---|---|---|
| **MLS #ID:** | PALN114758 | **Beds:** | 3 | **Cls Price:** | $188,000 |
| **Prop Type:** | Residential | **Baths:** | 1 / 1 | **Cls Date:** | 8/31/2020 |
| **Structure Type:** | Detached | | | **Concessions:** | $0 |
| **County:** | Lebanon, PA | | | **AbvGrdFinSF:** | 1,302 / Assessor |
| **Municipality:** | | | | **Lot Size:** | 0a / 9,148.00sf |
| **MLS Area:** | South Lebanon Twp - Lebanon Count | | | **Lot Dim:** | |
| **Subdiv/Ngh:** | NONE AVAILABLE | | | **Condo/HOA:** | $0 |
| **School Dist:** | Cornwall-Lebanon | | | **New Constr:** | No |
| **Sale Type:** Standard | **Ownership:** | Fee Simple | | | **Year Built:** | 1960 |
| | **Garage Spaces:** | 1 | | | **Basement:** | Yes / Full, Partially Finished |
| | **Parking:** | Asphalt Driveway | | | **Waterfront:** | No |
| | **Condition:** | | | | **Dock Type:** | |

**Remarks:** LOCATION, LOCATION, LOCATION!! VERY well maintained brick ranch home in a VERY desirable location! This one owner 3 bedroom, 1.5 bath home has been lovingly cared for & is ready for it's new owner. There is beautiful original hard wood flooring throughout (yes, under the carpet!), a large eat in kitchen, tons of closet space (the 4th bedroom had been converted to closet space & a half bath), and a partially finished basement. A one car attached garage & large driveway provide plenty of parking. Outside you will find a large covered deck, beautiful yard, and shed, all nestled on a quiet street in South Lebanon. New roof installed in 2004. This one won't last long! Set up your showing today! **ALL OFFERS ARE DUE TO THE LISTING AGENT BY FRIDAY JULY 31 AT NOON - OFFERS WILL BE PRESENTED TO THE SELLER ON FRIDAY JULY 31**

| 628 Meadow Dr, Lebanon, PA | Closed | $173,000 |
|---|---|---|



| | | | | | |
|---|---|---|---|---|---|
| **MLS #ID:** | PALN114260 | **Beds:** | 3 | **Cls Price:** | $150,000 |
| **Prop Type:** | Residential | **Baths:** | 2 | **Cls Date:** | 7/24/2020 |
| **Structure Type:** | Detached | | | **Concessions:** | $0 |
| **County:** | Lebanon, PA | | | **AbvGrdFinSF:** | 1,232 / Assessor |
| **Municipality:** | | | | **Lot Size:** | 0a / 12,197.00sf |
| **MLS Area:** | South Lebanon Twp - Lebanon Count | | | **Lot Dim:** | |
| **Subdiv/Ngh:** | HENRY HOUCK LANE AREA | | | **Condo/HOA:** | $0 |
| **School Dist:** | Cornwall-Lebanon | | | **New Constr:** | No |
| **Sale Type:** Standard | **Ownership:** | Fee Simple | | | **Year Built:** | 1986 |
| | **Garage Spaces:** | 1 | | | **Basement:** | Yes / Full |
| | **Parking:** | | | | **Waterfront:** | No |
| | **Condition:** | | | | **Dock Type:** | |

**Remarks:** Estate - Being Sold "As Is". Currently tenant occupied. Any offers contingent upon Attorney review - 3 day turn around. 24 Hour notice for any showings. Showings preferable in the evening.

Case 1:20-bk-03076-HWV    Doc 25    Filed 12/29/20    Entered 12/29/20 10:43:17    Desc
Main Document    Page 11 of 22


Thursday, October 22, 2020

# CMA Pro Report

These pages give a general overview of the selected properties.

| 357 E Evergreen Rd, Lebanon, PA | Closed | $174,900 |
| --- | --- | --- |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **MLS #ID:** | PALN112108 | **Beds:** | 3 | **Cls Price:** | $179,900 |
| **Prop Type:** | Residential | **Baths:** | 2 | **Cls Date:** | 8/26/2020 |
| **Structure Type:** | Detached | | | **Concessions:** | $5,000 |
| **County:** | Lebanon, PA | | | **AbvGrdFinSF:** | 1,260 / Assessor |
| **Municipality:** | | | | **Lot Size:** | 0a / 13,068.00sf |
| **MLS Area:** | South Lebanon Twp - Lebanon County | | | **Lot Dim:** | |
| **Subdiv/Ngh:** | SOUTH LEBANON TOWNSHIP | | | **Condo/HOA:** | $0 |
| **School Dist:** | Cornwall-Lebanon | | | **New Constr:** | No |
| **Ownership:** | Fee Simple | | | **Year Built:** | 1970 |
| **Garage Spaces:** | 1 | | | **Basement:** | Yes / Full, Sump Pump, Unfinish |
| **Parking:** | | | | **Waterfront:** | No |
| **Condition:** | | | | **Dock Type:** | |

**Sale Type:**   Standard

**Remarks:**   This adorable all brick 3 bedroom 2 bath rancher has been updated with newer carpet, fresh paint, brand new dishwasher, new garage door, new roof, new gutters & downspouts, newer electric heat pump, central air & water heater in 2009.  The spacious rear yard with no neighbors behind you is perfect for outdoor enjoyment and has an invisible fence for the safety of your pet.  Also enjoy the 3 season sunroom for extra living space.  Great Southside location is very convenient to the schools.  Home is in a USDA 100% financing eligible location!  Call for details.

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.



# CMA Pro Report

These pages give a general overview of the selected properties.

## Closed Properties

| | |
|---|---|
| Total # of Listings | **4** |
| Lowest Price | **$150,000** |
| Highest Price | **$200,000** |
| Average Price | **$179,475** |
| Avg. Price/SqFt | **$139.16** |
| Avg DOM | **21** |



## Pending Properties

| | |
|---|---|
| Total # of Listings | **1** |
| Lowest Price | **$199,000** |
| Highest Price | **$199,000** |
| Average Price | **$199,000** |
| Avg. Price/SqFt | **$145.89** |
| Avg DOM | **22** |



©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**

RE/MAX Cornerstone


Thursday, October 22, 2020

# CMA Pro Report

These pages give a general overview of the selected properties.

## Summary Graph/Analysis



| | Avg Price | Min Price | Max Price |

## Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg $ Per SF |
|---|---|---|---|---|
| Closed | $150,000 | $200,000 | $179,475 | $139.16 |
| Pending | $199,000 | $199,000 | $199,000 | $145.89 |
| **Totals / Averages** | **$150,000** | **$200,000** | **$183,380** | **$140.50** |

## Closed Property Analysis

| Address | List Price | Closed Price | Conc | DOM | %CP/LP | CP/Sqft |
|---|---|---|---|---|---|---|
| 206 Adam Dr | $179,900 | $200,000 | $0 | 5 | 111.17% | $147.71 |
| 503 Adam Dr | $188,000 | $188,000 | $0 | 4 | 100.00% | $144.39 |
| 628 Meadow Dr | $173,000 | $150,000 | $0 | 15 | 86.71% | $121.75 |
| 357 E Evergreen Rd | $174,900 | $179,900 | $5,000 | 61 | 102.86% | $142.78 |
| **Total Averages** | **$178,950** | **$179,475** | **$1,250** | **21.25** | **100.18%** | **$139.16** |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**
RE/MAX Cornerstone



Thursday, October 22, 2020

# CMA Pro Report

These pages give a general overview of the selected properties.

## Property Summary

| S | Street Address | Bds | Bth | Sqft | List Price | Closed Price | Conc | Closed Date | DOM |
|---|----------------|-----|-----|------|-----------|--------------|------|-------------|-----|
| PND | 1 Werni Dr | 3 | 1 | 1,364 | $199,000 | | | | 22 |
| CLS | 206 Adam Dr | 3 | 1 / 1 | 1,354 | $179,900 | $200,000 | $0 | 10/09/2020 | 5 |
| CLS | 503 Adam Dr | 3 | 1 / 1 | 1,302 | $188,000 | $188,000 | $0 | 08/31/2020 | 4 |
| CLS | 628 Meadow Dr | 3 | 2 | 1,232 | $173,000 | $150,000 | $0 | 07/24/2020 | 15 |
| CLS | 357 E Evergreen Rd | 3 | 2 | 1,260 | $174,900 | $179,900 | $5,000 | 08/26/2020 | 61 |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**

RE/MAX Cornerstone



# Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

## Status: Closed

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed Price | Conc | Closed Dt |
|------|---------|-----|-----|----------|-------|-----|------------|--------------|------|-----------|
| PALN115694 | 206 Adam Dr | 3 | 1 / 1 | 1,354 | 0.23 | 5 | $179,900 | $200,000 | | 10/09/2020 |
| PALN114758 | 503 Adam Dr | 3 | 1 / 1 | 1,302 | 0.21 | 4 | $188,000 | $188,000 | | 08/31/2020 |
| PALN114260 | 628 Meadow Dr | 3 | 2 | 1,232 | 0.28 | 15 | $173,000 | $150,000 | | 07/24/2020 |
| PALN112108 | 357 E Evergreen Rd | 3 | 2 | 1,260 | 0.30 | 61 | $174,900 | $179,900 | $5,000 | 08/26/2020 |
| **Averages:** | **$179,475** | **3** | **1/1** | **1,287** | **0.26** | **21** | **$178,950** | **$179,475** | **$5,000** | |

## Status: Pending

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed Price | Conc | Pend Dt |
|------|---------|-----|-----|----------|-------|-----|------------|--------------|------|---------|
| PALN115696 | 1 Werni Dr | 3 | 1 | 1,364 | 0.24 | 22 | $199,000 | | | 10/11/2020 |
| **Averages:** | | **3** | **1/1** | **1,364** | **0.24** | **22** | **$199,000** | | | |

## Summary

| Status | Total | Avg Price | Avg $ Per SqFt | Median | Low | High | Avg CDOM |
|--------|-------|-----------|----------------|--------|-----|------|----------|
| Closed | 4 | $179,475 | $139.16 | $183,950 | $150,000 | $200,000 | 23 |
| Pending | 1 | $199,000 | $145.89 | $199,000 | $199,000 | $199,000 | 22 |
| **Total** | **5** | **$183,380** | **$140.50** | **$188,000** | **$150,000** | **$200,000** | **23** |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**
RE/MAX Cornerstone



Thursday, October 22, 2020

# Pricing Recommendation

**General Facts About Pricing...**

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

**Market Statistics...**

| <u>Closed Price Statistics</u> | | <u>Closed Price Per Sq. Ft. Statistics</u> | |
|---|---|---|---|
| **Average Price:** | $183,400 | **Average Price/Sq Ft:** | $141 |
| **High Price:** | $200,000 | **High Price/Sq Ft:** | $148 |
| **Median Price:** | $188,000 | **Median Price/Sq Ft:** | $144 |
| **Low Price:** | $150,000 | **Low Price/Sq Ft:** | $122 |

Figures are based on closed price after adjustments, and rounded to the nearest $100.

**Summary...**

After analyzing your property, comparable properties on the market now, recent sales and comparable properties that failed to sell, I conclude that in the current market, your property is most likely to sell for .

**Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.



Researched and prepared by **Corey Flowers**

RE/MAX Cornerstone


# CMA 4-Up Public Records Report

Thursday, October 22, 2020

This page outlines the subject property versus comparables properties.

   

| | 9 Briar Rd | 1 Werni Dr | 628 Meadow Dr | 357 E Evergreen Rd |
|---|---|---|---|---|
| Address | 9 Briar Rd | 1 Werni Dr | 628 Meadow Dr | 357 E Evergreen Rd |
| County | Lebanon, PA | Lebanon, PA | Lebanon, PA | Lebanon, PA |
| Municipality | South Lebanon Twp | South Lebanon Twp | South Lebanon Twp | South Lebanon Twp |
| Neighborhood | | | | |
| Status | Public Record Comparable | Pending | Closed | Closed |
| Closed Date | 4/30/07 | | 7/23/20 | 8/26/20 |
| List Price | | $199,000 | $173,000 | $174,900 |
| Closed Price | $150,000 | | $150,000 | $179,900 |
| Concessions | | | No, $0 | Yes, $5,000 |
| Financing | | | Cash | FHA |
| Property Class | RES | Residential | Residential | Residential |
| Structure Type | SingleBldg | Single/Det | Single/Det | Single/Det |
| Ownership | | Fee Simple | Fee Simple | Fee Simple |
| Sale Type | | | | |
| Style | | | | |
| Levels/Stories | | 1.00 | 1.00 | 1.00 |
| Year Built | 1967 | 1972 | 1986 | 1970 |
| Condition | | Good | | |
| Annual Tax | $3,363 | $3,268 | $3,117 | $3,313 |
| Tax Total Asmt | $162,400 | $157,800 | $150,500 | $160,000 |
| Lot Acres/SqFt | 0.27a / 11761sf | 0a / 10,454.00sf | 0a / 12,197.00sf | 0a / 13,068.00sf |
| Lot Dimension | | | | |
| Waterfront | | No | No | No |
| Abv Grd Fin SF | 1,218 | 1,364 | 1,232 | 1,260 |
| Total Bldg SF | 1218 | 1,364 | 1,232 | 1,260 |
| Total Units | 1 | 1 | 1 | 1 |
| Bedrooms | 3 | 3 | 2 | 3 |
| Baths | 1 / 1 | 1 | 2 | 2 |
| Garage Spaces | 0 | 0 | 0 | 0 |
| Parking Feat | | | | |
| Basement | Full | Yes (Type Unknown) | Full | Full |
| Cooling | Wall Unit, Window Unit(s) | Wall/Window | Central Air | Central Air |
| Heat | Hot Water | Hot Water/Steam | Other/Special | Electric |
| Pool | | False | False | False |
| DOM | | 22 | 15 | 61 |
| MLS# | 30-2354418-362048-0000 | PALN115696 | PALN114260 | PALN112108 |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Case 1:20-bk-03076-HWV    Doc 25    Filed 12/29/20    Entered 12/29/20 10:43:17    Desc
Main Document    Page 18 of 22



# CMA 4-Up Public Records Report

Thursday, October 22, 2020

This page outlines the subject property versus comparables properties.





| | | | |
|---|---|---|---|
| **Address** | **9 Briar Rd** | **503 Adam Dr** | **206 Adam Dr** |
| County | Lebanon, PA | Lebanon, PA | Lebanon, PA |
| Municipality | South Lebanon Twp | South Lebanon Twp | South Lebanon Twp |
| Neighborhood | | | |
| Status | Public Record Comparable | Closed | Closed |
| Closed Date | 4/30/07 | 8/31/20 | |
| List Price | | $188,000 | $179,900 |
| Closed Price | $150,000 | $188,000 | $127,000 |
| Concessions | | No, $0 | No, $0 |
| Financing | | Conventional | Cash |
| Property Class | RES | Residential | Residential |
| Structure Type | SingleBldg | Single/Det | Single/Det |
| Ownership | | Fee Simple | Fee Simple |
| Sale Type | | | |
| Style | | | |
| Levels/Stories | | 1.00 | 1.00 |
| Year Built | 1967 | 1960 | 1959 |
| Condition | | | |
| Annual Tax | $3,363 | $2,750 | $2,858 |
| Tax Total Asmt | $162,400 | $132,800 | $138,000 |
| Lot Acres/SqFt | 0.27a / 11761sf | 0a / 9,148.00sf | 0a / 10,019.00sf |
| Lot Dimension | | | |
| Waterfront | | No | No |
| Abv Grd Fin SF | 1,218 | 1,302 | 1,354 |
| Total Bldg SF | 1218 | 1,302 | 1,354 |
| Total Units | 1 | 1 | 1 |
| Bedrooms | 3 | 3 | 2 |
| Baths | 1 / 1 | 1 / 1 | 1 / 1 |
| Garage Spaces | 0 | 0 | 0 |
| Parking Feat | | | |
| Basement | Full | Full | Full |
| Cooling | Wall Unit, Window Unit(s) | Central Air | Central Air |
| Heat | Hot Water | Hot Water/Steam | Other/Special |
| Pool | | False | False |
| DOM | | 4 | 5 |
| MLS# | 30-2354418-362048-0000 | PALN114758 | PALN115694 |

©2020 Bright MLS, Inc. All rights reserved. Information not guaranteed.


Corey Flowers
RE/MAX Cornerstone
Office Ph: (717) 273-5501
Ph: (717) 273-5501

# CMA 4-Up Listings Report

Thursday, October 22, 2020

This page outlines the subject property versus comparables properties.


No Picture Available







| | 9 Briar Rd | 1 Werni Dr | 206 Adam Dr | 503 Adam Dr |
|---|---|---|---|---|
| Address | **9 Briar Rd** | **1 Werni Dr** | **206 Adam Dr** | **503 Adam Dr** |
| County | Lebanon, PA | Lebanon, PA | Lebanon, PA | Lebanon, PA |
| Municipality | South Lebanon Twp | South Lebanon Twp - Leban | South Lebanon Twp - Leban | South Lebanon Twp - Leban |
| Neighborhood | | LEBANON COUNTY | NONE AVAILABLE | NONE AVAILABLE |
| Status | Public Record Comparable | Pending | Closed | Closed |
| Closed Date | 4/30/07 | | 10/09/2020 | 08/31/2020 |
| List Price | | $199,000 | $179,900 | $188,000 |
| Closed Price | $150,000 | | $200,000 | $188,000 |
| Concessions | | | No, $0 | No, $0 |
| Financing | | | Cash | Conventional |
| Property Class | RES | Residential | Residential | Residential |
| Structure Type | SingleBldg | Detached | Detached | Detached |
| Ownership | | Fee Simple | Fee Simple | Fee Simple |
| Sale Type | | Standard | Standard | Standard |
| Style | | Ranch/Rambler | Ranch/Rambler | Ranch/Rambler |
| Levels/Stories | | 1 | 1 | 1 |
| Year Built | 1967 | 1972 | 1959 | 1960 |
| Condition | | Good | | |
| Annual Tax | $3,363 | $3,268 | $2,858 | $2,750 |
| Tax Total Asmt | $162,400 | $157,800 | $138,000 | $132,800 |
| Lot Acres/SqFt | 0.27a / 11761sf | 0a / 10,454.00sf | 0a / 10,019.00sf | 0a / 9,148.00sf |
| Lot Dimension | | | | |
| Waterfront | | No | No | No |
| Abv Grd Fin SF | 1218 | 1,364 | 1,354 | 1,302 |
| Blw Grd Fin SF | | 0 | 550 | 420 |
| Total Bldg SF | 1218 | 1,364 | 2,688 | 1,722 |
| Total Units | 1 | 0 | 0 | 0 |
| Bedrooms | 3 | 3 | 3 | 3 |
| Baths | 1 / 1 | 1 | 1 / 1 | 1 / 1 |
| Garage Spaces | 0 | 0 | 2 | 1 |
| Parking Feat | | | Concrete Driveway | Asphalt Driveway |
| Basement | Full | | Full | Full, Partially Finished |
| Cooling | Wall Unit, Window Unit(s) | Wall Unit, Window Unit(s) | Central A/C | Central A/C |
| Heat | Hot Water | Central | Forced Air | Hot Water |
| Pool | | Yes - Personal | No Pool | No Pool |
| DOM | | 22 | 5 | 4 |
| MLS# | 30-2354418-362048-0000 | PALN115696 | PALN115694 | PALN114758 |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**
RE/MAX Cornerstone


Thursday, October 22, 2020

# CMA 4-Up Listings Report
This page outlines the subject property versus comparables properties.





| | 9 Briar Rd | 628 Meadow Dr | 357 E Evergreen Rd |
|---|---|---|---|
| Address | **9 Briar Rd** | **628 Meadow Dr** | **357 E Evergreen Rd** |
| County | Lebanon, PA | Lebanon, PA | Lebanon, PA |
| Municipality | South Lebanon Twp | South Lebanon Twp - Leban | South Lebanon Twp - Leban |
| Neighborhood | | HENRY HOUCK LANE AREA | SOUTH LEBANON TOWNSI |
| Status | Public Record Comparable | Closed | Closed |
| Closed Date | 4/30/07 | 07/24/2020 | 08/26/2020 |
| List Price | | $173,000 | $174,900 |
| Closed Price | $150,000 | $150,000 | $179,900 |
| Concessions | | No, $0 | Yes, $5,000 |
| Financing | | Cash | FHA |
| Property Class | RES | Residential | Residential |
| Structure Type | SingleBldg | Detached | Detached |
| Ownership | | Fee Simple | Fee Simple |
| Sale Type | | Standard | Standard |
| Style | | Ranch/Rambler | Ranch/Rambler |
| Levels/Stories | | 1 | 1 |
| Year Built | 1967 | 1986 | 1970 |
| Condition | | | |
| Annual Tax | $3,363 | $3,116 | $3,313 |
| Tax Total Asmt | $162,400 | $150,500 | $160,000 |
| Lot Acres/SqFt | 0.27a / 11761sf | 0a / 12,197.00sf | 0a / 13,068.00sf |
| Lot Dimension | | | |
| Waterfront | | No | No |
| Abv Grd Fin SF | 1218 | 1,232 | 1,260 |
| Blw Grd Fin SF | | 0 | 0 |
| Total Bldg SF | 1218 | 1,232 | 1,260 |
| Total Units | 1 | 0 | 0 |
| Bedrooms | 3 | 3 | 3 |
| Baths | 1 / 1 | 2 | 2 |
| Garage Spaces | 0 | 1 | 1 |
| Parking Feat | | | |
| Basement | Full | Full | Full, Sump Pump, Unfinishec |
| Cooling | Wall Unit, Window Unit(s) | Central A/C | Central A/C |
| Heat | Hot Water | Other | Heat Pump(s) |
| Pool | | No Pool | No Pool |
| DOM | | 15 | 61 |
| MLS# | 30-2354418-362048-0000 | PALN114260 | PALN112108 |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**
RE/MAX Cornerstone



**Corey Flowers**
RE/MAX Cornerstone
Office Ph: (717) 273-5501
Ph: (717) 273-5501

Thursday, October 22, 2020

# CMA Map

This page displays the Map for the CMA Subject and your comparables.



| | |
|---|---|
| 1 | 9 Briar Rd |
| 2 | 1 Werni Dr |
| 3 | 206 Adam Dr |
| 4 | 503 Adam Dr |
| 5 | 628 Meadow Dr |
| 6 | 357 E Evergreen Rd |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Corey Flowers**

RE/MAX Cornerstone