# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 10/10/20 |
|---|---|
| 2. Pay Date | 10/16/20 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| ACKERMAN JAY P | WG 08 05 | 25.81 | 38.72 | 0.00  0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6928 | 0.00 | N | 04/24/88 | 240 | 01/02/21 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| LEBANON FEDERAL CREDIT UNIO | WESBANCO BANK, INC. | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0 | 422442 | M | 0 | 0 | S LEBANON TWP | FERS: 4382.77 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2064.80 | 47671.83 | |
| TAXABLE WAGES | 1906.45 | 42893.25 | |
| NONTAXABLE WAGES | 158.35 | 3323.04 | |
| TAX DEFERRED WAGES | | 1455.54 | |
| DEDUCTIONS | 873.93 | 21920.99 | |
| AEIC | | | |
| NET PAY | 1190.87 | 25750.84 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2064.80 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 122.00 | 1708.00 | FEGLI | Z5 | 8.40 | 175.50 |
| FEGLI OPTNL | ABC | 35.40 | 740.10 | FEHB | 111 | 75.94 | 1592.52 |
| FSA-HC | | 76.92 | 1615.32 | MEDICARE | | 27.65 | 643.06 |
| OASDI | | | 2321.18 | ORG/UNION | VBQA | 14.00 | 294.00 |
| RETIRE, FERS | K | 16.52 | 343.80 | TAX, FEDERAL | | 158.66 | 3749.77 |
| TAX, LOCAL | 422442 | 19.06 | 435.97 | TAX, LST | 422442 | 2.00 | 42.00 |
| TAX, STATE | PA | 58.53 | 1368.47 | TSP LOANS | 502003G | 253.36 | 5320.56 |
| TSP SAVINGS | | | 1455.54 | VISION | | 5.49 | 115.20 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 158.75 | 8.00 | 160.00 | 9.00 | 144.50 | | 174.25 | |
| SICK | 135.50 | 4.00 | 80.00 | | 92.50 | | 123.00 | |
| HOLIDAY | | | | | 37.00 | | | |
| FAMILY | | | | | 63.00 | | | 03/27/21 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.20 | 87.78 | FEHB | 227.84 | 4777.98 |
| MEDICARE | 27.65 | 643.06 | OASDI | 118.19 | 2749.62 |
| RETIRE, FERS | 330.37 | 6875.55 | TSP BASIC | 20.65 | 429.75 |
| TSP MATCHING | 0.00 | 727.77 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
FROM SEP - DEC 2020 IF YOUR BI-WEEKLY WAGES ARE LESS THAN $4,000 THE WITHHOLDING OF YOUR
SOCIAL SECURITY (OASDI) TAX WILL BE DEFERRED AND EXPECTED TO BE COLLECTED BETWEEN JAN 1
APR 30, 2021.  FOR MORE INFO VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $    75.94
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

Case 1:20-bk-03076-HWV    Doc 26    Filed 12/29/20    Entered 12/29/20 10:43:49    Desc
Main Document    Page 1 of 10

# DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 09/26/20 |
|---|---|
| 2. Pay Date | 10/02/20 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| ACKERMAN JAY P | WG 08 05 | 25.81 | 38.72 | 0.00    0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6928 | 0.00 | N | 04/24/88 | 240 | 01/02/21 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| LEBANON FEDERAL CREDIT UNIO | WESBANCO BANK, INC. | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0 | 422442 | M | 0 | 0 | S LEBANON TWP | FERS: 4366.25 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 3178.48 | 45607.03 | |
| TAXABLE WAGES | 3020.13 | 40986.80 | |
| NONTAXABLE WAGES | 158.35 | 3164.69 | |
| TAX DEFERRED WAGES | | 1455.54 | |
| DEDUCTIONS | 1143.51 | 21047.06 | |
| AEIC | | | |
| NET PAY | 2034.97 | 24559.97 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2064.80 | OVERTIME | 8.00 | 312.08 | WEEKEND PREM | 8.00 | 51.60 |
| INCENTVE AWD | | 750.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 122.00 | 1586.00 | FEGLI | Z5 | 8.40 | 167.10 |
| FEGLI OPTNL | ABC | 35.40 | 704.70 | FEHB | 111 | 75.94 | 1516.58 |
| FSA-HC | | 76.92 | 1538.40 | MEDICARE | | 43.79 | 615.41 |
| OASDI | | | 2321.18 | ORG/UNION | VBQA | 14.00 | 280.00 |
| RETIRE, FERS | K | 16.52 | 327.28 | TAX, FEDERAL | | 367.30 | 3591.11 |
| TAX, LOCAL | 422442 | 22.70 | 416.91 | TAX, LST | 422442 | 2.00 | 40.00 |
| TAX, STATE | PA | 99.69 | 1309.94 | TSP LOANS | 502003G | 253.36 | 5067.20 |
| TSP SAVINGS | | | 1455.54 | VISION | | 5.49 | 109.71 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 158.75 | 8.00 | 152.00 | 3.00 | 135.50 | | 175.25 | |
| SICK | 135.50 | 4.00 | 76.00 | 21.00 | 92.50 | | 119.00 | |
| HOLIDAY | | | | | 37.00 | | | |
| FAMILY | | | | 18.00 | 63.00 | | | 03/27/21 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.20 | 83.58 | FEHB | 227.84 | 4550.14 |
| MEDICARE | 43.79 | 615.41 | OASDI | 187.25 | 2631.43 |
| RETIRE, FERS | 330.37 | 6545.18 | TSP BASIC | 20.65 | 409.10 |
| TSP MATCHING | 0.00 | 727.77 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
NET PAY INCLUDES CURRENT AWARD NET OF $     544.13
FROM SEP - DEC 2020 IF YOUR BI-WEEKLY WAGES ARE LESS THAN $4,000 THE WITHHOLDING OF YOUR
SOCIAL SECURITY (OASDI) TAX WILL BE DEFERRED AND EXPECTED TO BE COLLECTED BETWEEN JAN 1
APR 30, 2021.  FOR MORE INFO VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $     75.94
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 09/12/20 |
| --- | --- |
| 2. Pay Date | 09/18/20 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| ACKERMAN JAY P | WG 08 05 | 25.81 | 38.72 | 0.00    0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-6928 | 0.00 | N | 04/24/88 | 240 | 01/02/21 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| LEBANON FEDERAL CREDIT UNIO | WESBANCO BANK, INC. | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | M | 0 | 0 | 422442 | M | 0 | 0 | S LEBANON TWP | FERS: 4349.73 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 2142.24 | 42428.55 | |
| TAXABLE WAGES | 1983.89 | 37966.67 | |
| NONTAXABLE WAGES | 158.35 | 3006.34 | |
| TAX DEFERRED WAGES | | 1455.54 | |
| DEDUCTIONS | 887.49 | 19903.55 | |
| AEIC | | | |
| NET PAY | 1254.75 | 22525.00 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2064.80 | OVERTIME | 2.00 | 77.44 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT, SV | (1) | 122.00 | 1464.00 | FEGLI | Z5 | 8.40 | 158.70 |
| FEGLI OPTNL | ABC | 35.40 | 669.30 | FEHB | 111 | 75.94 | 1440.64 |
| FSA-HC | | 76.92 | 1461.48 | MEDICARE | | 28.76 | 571.62 |
| OASDI | | | 2321.18 | ORG/UNION | VBQA | 14.00 | 266.00 |
| RETIRE, FERS | K | 16.52 | 310.76 | TAX, FEDERAL | | 167.95 | 3223.81 |
| TAX, LOCAL | 422442 | 19.84 | 394.21 | TAX, LST | 422442 | 2.00 | 38.00 |
| TAX, STATE | PA | 60.91 | 1210.25 | TSP LOANS | 502003G | 253.36 | 4813.84 |
| TSP SAVINGS | | | 1455.54 | VISION | | 5.49 | 104.22 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 158.75 | 8.00 | 144.00 | 9.00 | 132.50 | | 170.25 | |
| SICK | 135.50 | 4.00 | 72.00 | | 71.50 | | 136.00 | |
| HOLIDAY | | | | 8.00 | 37.00 | | | |
| FAMILY | | | | | 45.00 | | | 03/27/21 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 4.20 | 79.38 | FEHB | 227.84 | 4322.30 |
| MEDICARE | 28.76 | 571.62 | OASDI | 123.00 | 2444.18 |
| RETIRE, FERS | 330.37 | 6214.81 | TSP BASIC | 20.65 | 388.45 |
| TSP MATCHING | 0.00 | 727.77 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FROM SEP - DEC 2020 IF YOUR BI-WEEKLY WAGES ARE LESS THAN $4,000 THE WITHHOLDING OF YOUR
SOCIAL SECURITY (OASDI) TAX WILL BE DEFERRED AND EXPECTED TO BE COLLECTED BETWEEN JAN 1
APR 30, 2021.  FOR MORE INFO VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $    75.94
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| Field | Value |
|---|---|
| 1. Pay Period End | 08/29/20 |
| 2. Pay Date | 09/04/20 |
| 3. Name | ACKERMAN JAY P |
| 4. Pay Plan/Grade/Step | WG 08 05 |
| 5. Hourly/Daily Rate | 25.81 |
| 6. Basic OT Rate | 38.72 |
| 7. Basic Pay + Locality Adj = Adjusted Basic Pay | 0.00 / 0.00 |
| 8. Soc Sec No | ***-**-6928 |
| 9. Locality % | 0.00 |
| 10. FLSA Category | N |
| 11. SCD Leave | 04/24/88 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/02/21 |
| 14. Financial Institution - Net Pay | LEBANON FEDERAL CREDIT UNIO |
| 15. Financial Institution - Allotment #1 | WESBANCO BANK, INC. |
| 16. Financial Institution - Allotment #2 | |
| 19. Cumulative Retirement | FERS: 4333.21 |
| 20. Military Deposit | |

### 17. Tax
| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | M | 0 | 0 |
| PA | M | 0 | 0 |

### 18. Tax
| Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|
| 422442 | M | 0 | 0 | S LEBANON TWP |

### 21.
| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2611.88 | 40286.31 |
| TAXABLE WAGES | 2453.53 | 35982.78 |
| NONTAXABLE WAGES | 158.35 | 2847.99 |
| TAX DEFERRED WAGES | | 1455.54 |
| DEDUCTIONS | 1121.90 | 19016.06 |
| AEIC | | |
| NET PAY | 1489.98 | 21270.25 |

## CURRENT EARNINGS
| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2064.80 | OVERTIME | 12.00 | 469.68 | WEEKEND PREM | 12.00 | 77.40 |

## DEDUCTIONS
| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 122.00 | 1342.00 | FEGLI | Z5 | 8.40 | 150.30 |
| FEGLI OPTNL | ABC | 35.40 | 633.90 | FEHB | 111 | 75.94 | 1364.70 |
| FSA-HC | | 76.92 | 1384.56 | MEDICARE | | 35.58 | 542.86 |
| OASDI | | 152.12 | 2321.18 | ORG/UNION | VBQA | 14.00 | 252.00 |
| RETIRE, FERS | K | 16.52 | 294.24 | TAX, FEDERAL | | 224.31 | 3055.86 |
| TAX, LOCAL | 422442 | 24.54 | 374.37 | TAX, LST | 422442 | 2.00 | 36.00 |
| TAX, STATE | PA | 75.32 | 1149.34 | TSP LOANS | 502003G | 253.36 | 4560.48 |
| TSP SAVINGS | | | 1455.54 | VISION | | 5.49 | 98.73 |

## LEAVE
| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 158.75 | 8.00 | 136.00 | 22.00 | 123.50 | | 171.25 | 3.25 |
| SICK | 135.50 | 4.00 | 68.00 | | 71.50 | | 132.00 | |
| HOLIDAY | | | | | 29.00 | | | |
| FAMILY | | | | | 45.00 | | | 03/27/21 |

## BENEFITS PAID BY GOVERNMENT FOR YOU
| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.20 | 75.18 | FEHB | 227.84 | 4094.46 |
| MEDICARE | 35.58 | 542.86 | OASDI | 152.12 | 2321.18 |
| RETIRE, FERS | 330.37 | 5884.44 | TSP BASIC | 20.65 | 367.80 |
| TSP MATCHING | 0.00 | 727.77 | | | |

## REMARKS
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $ 75.94
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| | | | | | | |
|---|---|---|---|---|---|---|
| | DEPARTMENT OF DEFENSE | | | | | **1. Pay Period End**<br>08/15/20 |
| | **CIVILIAN LEAVE AND EARNINGS STATEMENT LES**<br>VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | | | | **2. Pay Date**<br>08/21/20 |
| **3. Name**<br>ACKERMAN JAY P | **4. Pay Plan/Grade/Step**<br>WG 08 05 | | **5. Hourly/Daily Rate**<br>25.81 | **6. Basic OT Rate**<br>38.72 | **7. Basic Pay + Locality Adj = Adjusted Basic Pay**<br>0.00                                0.00 | |
| **8. Soc Sec No**<br>***-**-6928 | **9. Locality %**<br>0.00 | | **10. FLSA Category**<br>N | **11. SCD Leave**<br>04/24/88 | **12. Max Leave Carry Over**<br>240 | **13. Leave Year End**<br>01/02/21 |
| **14. Financial Institution - Net Pay**<br>LEBANON FEDERAL CREDIT UNIO | **15. Financial Institution - Allotment #1**<br>WESBANCO BANK, INC. | | | | **16. Financial Institution - Allotment #2** | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0 | 422442 | M | 0 | 0 | S LEBANON TWP | FERS:    4316.69 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2064.80 | 37674.43 | |
| TAXABLE WAGES | 1906.45 | 33529.25 | |
| NONTAXABLE WAGES | 158.35 | 2689.64 | |
| TAX DEFERRED WAGES | | 1455.54 | |
| DEDUCTIONS | 992.12 | 17894.16 | |
| AEIC | | | |
| NET PAY | 1072.68 | 19780.27 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2064.80 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 122.00 | 1220.00 | FEGLI | Z5 | 8.40 | 141.90 |
| FEGLI OPTNL | ABC | 35.40 | 598.50 | FEHB | 111 | 75.94 | 1288.76 |
| FSA-HC | | 76.92 | 1307.64 | MEDICARE | | 27.64 | 507.28 |
| OASDI | | 118.20 | 2169.06 | ORG/UNION | VBQA | 14.00 | 238.00 |
| RETIRE, FERS | K | 16.52 | 277.72 | TAX, FEDERAL | | 158.66 | 2831.55 |
| TAX, LOCAL | 422442 | 19.06 | 349.83 | TAX, LST | 422442 | 2.00 | 34.00 |
| TAX, STATE | PA | 58.53 | 1074.02 | TSP LOANS | 502003G | 253.36 | 4307.12 |
| TSP SAVINGS | | | 1455.54 | VISION | | 5.49 | 93.24 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 158.75 | 8.00 | 128.00 | 18.00 | 101.50 | | 185.25 | 25.25 |
| SICK | 135.50 | 4.00 | 64.00 | | 71.50 | | 128.00 | |
| HOLIDAY | | | | | 29.00 | | | |
| FAMILY | | | | 18.00 | 45.00 | | | 03/27/21 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.20 | 70.98 | FEHB | 227.84 | 3866.62 |
| MEDICARE | 27.64 | 507.28 | OASDI | 118.20 | 2169.06 |
| RETIRE, FERS | 330.37 | 5554.07 | TSP BASIC | 20.65 | 347.15 |
| TSP MATCHING | 0.00 | 727.77 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    75.94
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 10/10/20 |
| --- | --- |
| 2. Pay Date | 10/16/20 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| ACKERMAN BRENDA M | GS 06 06 | 21.99 | 32.99 | 39162.00   6736.00   45898.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-6154 | 17.20 | N | 09/07/03 | 240 | 01/02/21 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| LEBANON FEDERAL CREDIT UNIO | WESBANCO BANK, INC. | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | M | 0 | 0 | 422442 | M | 0 | 0 | S LEBANON TWP | FERS:  3374.08 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 1759.20 | 36450.61 | |
| TAXABLE WAGES | 1677.77 | 34742.89 | |
| NONTAXABLE WAGES | 81.43 | 1707.72 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 489.54 | 11604.85 | |
| AEIC | | | |
| NET PAY | 1269.66 | 24845.76 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 1759.20 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT, SV | (1) | 147.00 | 2646.00 | FEGLI | C0 | 7.20 | 151.05 |
| FEHB | 111 | 75.94 | 1592.52 | MEDICARE | | 24.33 | 503.77 |
| OASDI | | | 1858.01 | ORG/UNION | VBQA | 14.00 | 294.00 |
| RETIRE, FERS | K | 14.07 | 291.41 | TAX, FEDERAL | | 131.22 | 2696.78 |
| TAX, LOCAL | 422442 | 16.78 | 347.46 | TAX, LST | 422442 | 2.00 | 42.00 |
| TAX, STATE | PA | 51.51 | 1066.65 | VISION | | 5.49 | 115.20 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 24.00 | 8.00 | 156.70 | | 172.70 | | 8.00 | |
| SICK | 19.00 | 4.00 | 78.33 | 2.50 | 95.75 | | 1.58 | |
| DONATED | | | 40.00 | | 33.30 | | 6.70 | |
| HOLIDAY | | | | | 40.00 | | | |
| LWOP | | | | | 20.75 | | | |
| FAMILY | | | | | 145.50 | | | 06/05/21 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 3.60 | 75.53 | FEHB | 227.84 | 4777.98 |
| MEDICARE | 24.33 | 503.77 | OASDI | 104.02 | 2154.06 |
| RETIRE, FERS | 281.47 | 5829.42 | TSP BASIC | 17.59 | 364.30 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
FROM SEP - DEC 2020 IF YOUR BI-WEEKLY WAGES ARE LESS THAN $4,000 THE WITHHOLDING OF YOUR
SOCIAL SECURITY (OASDI) TAX WILL BE DEFERRED AND EXPECTED TO BE COLLECTED BETWEEN JAN 1
APR 30, 2021.  FOR MORE INFO VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $    75.94
LIFE INSURANCE AGE CATEGORY CHANGED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| | | | | | | |
|---|---|---|---|---|---|---|
| DEPARTMENT OF DEFENSE | | | | | 1. Pay Period End | 09/26/20 |
| CIVILIAN LEAVE AND EARNINGS STATEMENT LES | | | | | 2. Pay Date | 10/02/20 |
| VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | | | | | |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| ACKERMAN BRENDA M | GS 06 06 | 21.99 | 32.99 | 39162.00  6736.00  45898.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6154 | 17.20 | N | 09/07/03 | 240 | 01/02/21 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| LEBANON FEDERAL CREDIT UNIO | WESBANCO BANK, INC. | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0 | 422442 | M | 0 | 0 | S LEBANON TWP | FERS: 3360.01 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1500.82 | 34691.41 | |
| TAXABLE WAGES | 1419.39 | 33065.12 | |
| NONTAXABLE WAGES | 81.43 | 1626.29 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 442.20 | 11115.31 | |
| AEIC | | | |
| NET PAY | 1058.62 | 23576.10 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 68.25 | 1500.82 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 147.00 | 2499.00 | FEGLI | C0 | 7.20 | 143.85 |
| FEHB | 111 | 75.94 | 1516.58 | MEDICARE | | 20.58 | 479.44 |
| OASDI | | | 1858.01 | ORG/UNION | VBQA | 14.00 | 280.00 |
| RETIRE, FERS | K | 12.01 | 277.34 | TAX, FEDERAL | | 100.21 | 2565.56 |
| TAX, LOCAL | 422442 | 14.19 | 330.68 | TAX, LST | 422442 | 2.00 | 40.00 |
| TAX, STATE | PA | 43.58 | 1015.14 | VISION | | 5.49 | 109.71 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 24.00 | 8.00 | 148.70 | 14.50 | 172.70 | | | |
| SICK | 19.00 | 4.00 | 74.33 | 4.25 | 93.25 | | 0.08 | |
| DONATED | | | 40.00 | | 33.30 | | 6.70 | |
| HOLIDAY | | | | | 40.00 | | | |
| LWOP | | | | 11.75 | 20.75 | | | |
| FAMILY | | | | 24.00 | 145.50 | | | 06/05/21 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.60 | 71.93 | FEHB | 227.84 | 4550.14 |
| MEDICARE | 20.58 | 479.44 | OASDI | 88.00 | 2050.04 |
| RETIRE, FERS | 240.13 | 5547.95 | TSP BASIC | 15.01 | 346.71 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
FROM SEP - DEC 2020 IF YOUR BI-WEEKLY WAGES ARE LESS THAN $4,000 THE WITHHOLDING OF YOUR
SOCIAL SECURITY (OASDI) TAX WILL BE DEFERRED AND EXPECTED TO BE COLLECTED BETWEEN JAN 1
APR 30, 2021.  FOR MORE INFO VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $    75.94
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 09/12/20 |
| --- | --- |
| 2. Pay Date | 09/18/20 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| ACKERMAN BRENDA M | GS  06  06 | 21.99 | 32.99 | 39162.00   6736.00   45898.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-6154 | 17.20 | N | 09/07/03 | 240 | 01/02/21 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| LEBANON FEDERAL CREDIT UNIO | WESBANCO BANK, INC. | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | M | 0 | 0 | 422442 | M | 0 | 0 | S LEBANON TWP | FERS:  3348.00 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 1759.20 | 33190.59 | |
| TAXABLE WAGES | 1677.77 | 31645.73 | |
| NONTAXABLE WAGES | | | |
| TAX DEFERRED WAGES | 81.43 | 1544.86 | |
| DEDUCTIONS | 489.53 | 10673.11 | |
| AEIC | | | |
| NET PAY | 1269.67 | 22517.48 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 1759.20 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT, SV | (1) | 147.00 | 2352.00 | FEGLI | C0 | 7.20 | 136.65 |
| FEHB | 111 | 75.94 | 1440.64 | MEDICARE | | 24.32 | 458.86 |
| OASDI | | | 1858.01 | ORG/UNION | VBQA | 14.00 | 266.00 |
| RETIRE, FERS | K | 14.07 | 265.33 | TAX, FEDERAL | | 131.22 | 2465.35 |
| TAX, LOCAL | 422442 | 16.78 | 316.49 | TAX, LST | 422442 | 2.00 | 38.00 |
| TAX, STATE | PA | 51.51 | 971.56 | VISION | | 5.49 | 104.22 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 24.00 | 8.00 | 140.70 | 6.00 | 158.20 | | 6.50 | |
| SICK | 19.00 | 4.00 | 70.33 | 10.00 | 89.00 | | 0.33 | |
| DONATED | | | 40.00 | | 33.30 | | 6.70 | |
| HOLIDAY | | | | 8.00 | 40.00 | | | |
| LWOP | | | | | 9.00 | | | |
| FAMILY | | | | | 121.50 | | | 06/05/21 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 3.60 | 68.33 | FEHB | 227.84 | 4322.30 |
| MEDICARE | 24.32 | 458.86 | OASDI | 104.03 | 1962.04 |
| RETIRE, FERS | 281.47 | 5307.82 | TSP BASIC | 17.59 | 331.70 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FROM SEP - DEC 2020 IF YOUR BI-WEEKLY WAGES ARE LESS THAN $4,000 THE WITHHOLDING OF YOUR SOCIAL SECURITY (OASDI) TAX WILL BE DEFERRED AND EXPECTED TO BE COLLECTED BETWEEN JAN 1 APR 30, 2021. FOR MORE INFO VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $    75.94
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

# DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| Field | Value |
|---|---|
| 1. Pay Period End | 08/29/20 |
| 2. Pay Date | 09/04/20 |
| 3. Name | ACKERMAN BRENDA M |
| 4. Pay Plan/Grade/Step | GS 06 06 |
| 5. Hourly/Daily Rate | 21.99 |
| 6. Basic OT Rate | 32.99 |
| 7. Basic Pay + Locality Adj = Adjusted Basic Pay | 39162.00 6736.00 45898.00 |
| 8. Soc Sec No | ***-**-6154 |
| 9. Locality % | 17.20 |
| 10. FLSA Category | N |
| 11. SCD Leave | 09/07/03 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/02/21 |
| 14. Financial Institution - Net Pay | LEBANON FEDERAL CREDIT UNIO |
| 15. Financial Institution - Allotment #1 | WESBANCO BANK, INC. |
| 16. Financial Institution - Allotment #2 | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0 | 422442 | M | 0 | 0 | S LEBANON TWP |
| PA | M | 0 | 0 | | | | | |

| 19. Cumulative Retirement | FERS: 3333.93 |
|---|---|
| 20. Military Deposit | |

## 21.

| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 1759.20 | 31431.39 |
| TAXABLE WAGES | 1677.77 | 29967.96 |
| NONTAXABLE WAGES | | |
| TAX DEFERRED WAGES | 81.43 | 1463.43 |
| DEDUCTIONS | 593.56 | 10183.58 |
| AEIC | | |
| NET PAY | 1165.64 | 21247.81 |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1759.20 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 147.00 | 2205.00 | FEGLI | C0 | 7.20 | 129.45 |
| FEHB | 111 | 75.94 | 1364.70 | MEDICARE | | 24.33 | 434.54 |
| OASDI | | 104.02 | 1858.01 | ORG/UNION | VBQA | 14.00 | 252.00 |
| RETIRE, FERS | K | 14.07 | 251.26 | TAX, FEDERAL | | 131.22 | 2334.13 |
| TAX, LOCAL | 422442 | 16.78 | 299.71 | TAX, LST | 422442 | 2.00 | 36.00 |
| TAX, STATE | PA | 51.51 | 920.05 | VISION | | 5.49 | 98.73 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 24.00 | 8.00 | 132.70 | 16.00 | 152.20 | | 4.50 | |
| SICK | 19.00 | 4.00 | 66.33 | 3.50 | 79.00 | | 6.33 | |
| DONATED | | | 40.00 | | 33.30 | | 6.70 | |
| HOLIDAY | | | | | 32.00 | | | |
| LWOP | | | | | 9.00 | | | |
| FAMILY | | | | | 121.50 | | | 06/05/21 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.60 | 64.73 | FEHB | 227.84 | 4094.46 |
| MEDICARE | 24.33 | 434.54 | OASDI | 104.02 | 1858.01 |
| RETIRE, FERS | 281.47 | 5026.35 | TSP BASIC | 17.59 | 314.11 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
PRETAX FEHB EXCLUSION $ 75.94
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| DEPARTMENT OF DEFENSE | 1. Pay Period End 08/15/20 |
|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT LES** VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | 2. Pay Date 08/21/20 |

| 3. Name ACKERMAN BRENDA M | 4. Pay Plan/Grade/Step GS 06 06 | 5. Hourly/Daily Rate 21.99 | 6. Basic OT Rate 32.99 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 39162.00  6736.00  45898.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-6154 | 9. Locality % 17.20 | 10. FLSA Category N | 11. SCD Leave 09/07/03 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/02/21 |
| 14. Financial Institution - Net Pay LEBANON FEDERAL CREDIT UNIO | 15. Financial Institution - Allotment #1 WESBANCO BANK, INC. | 16. Financial Institution - Allotment #2 |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0 | 422442 | M | 0 | 0 | S LEBANON TWP | FERS: 3319.86 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1775.70 | 29672.19 | |
| TAXABLE WAGES | 1694.27 | 28290.19 | |
| NONTAXABLE WAGES | | | |
| TAX DEFERRED WAGES | 81.43 | 1382.00 | |
| DEDUCTIONS | 597.46 | 9590.02 | |
| AEIC | | | |
| NET PAY | 1178.24 | 20082.17 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1759.20 | OVERTIME | 0.50 | 16.50 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 147.00 | 2058.00 | FEGLI | C0 | 7.20 | 122.25 |
| FEHB | 111 | 75.94 | 1288.76 | MEDICARE | | 24.57 | 410.21 |
| OASDI | | 105.04 | 1753.99 | ORG/UNION | VBQA | 14.00 | 238.00 |
| RETIRE, FERS | K | 14.07 | 237.19 | TAX, FEDERAL | | 133.20 | 2202.91 |
| TAX, LOCAL | 422442 | 16.94 | 282.93 | TAX, LST | 422442 | 2.00 | 34.00 |
| TAX, STATE | PA | 52.01 | 868.54 | VISION | | 5.49 | 93.24 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 24.00 | 8.00 | 124.70 | | 136.20 | | 12.50 | |
| SICK | 19.00 | 4.00 | 62.33 | 3.00 | 75.50 | | 5.83 | |
| DONATED | | | 40.00 | | 33.30 | | 6.70 | |
| HOLIDAY | | | | | 32.00 | | | |
| LWOP | | | | | 9.00 | | | |
| FAMILY | | | | | 121.50 | | | 06/05/21 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.60 | 61.13 | FEHB | 227.84 | 3866.62 |
| MEDICARE | 24.57 | 410.21 | OASDI | 105.04 | 1753.99 |
| RETIRE, FERS | 281.47 | 4744.88 | TSP BASIC | 17.59 | 296.52 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
PRETAX FEHB EXCLUSION $    75.94
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED