United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jay P. Ackerman  
Brenda M. Ackerman  
    Debtor(s)

Case No. 20-03076-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 30, 2020      Form ID: ntnew341      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jay P. Ackerman, Brenda M. Ackerman, 9 Briar Road, Lebanon, PA 17042-8002 |
| 5366959 | + | AES Members 1st FCU, Attn: Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5382208 | + | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 5366966 | + | FM/Citizens/Nelnet, 1 Citizens Drive, Riverside, RI 02915-3026 |
| 5374782 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5366967 | + | Kashable, LLC, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017-6127 |
| 5382362 | + | Kohl's c/o Peritus Portfolio Services, P.O. Box 141509, Irving, TX 75014-1509 |
| 5366969 | + | Lebanon FCU, 300 Schneider Drive, Lebanon, PA 17046-4811 |
| 5366970 | + | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 5366972 | + | Pennsylvania Central FCU, 959 East Park Drive, Harrisburg, PA 17111-2810 |
| 5374147 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5382063 | + | Signature Servicing, LLC, 675 West Indiantown Road, Suite 103, Jupiter, FL 33458-7555 |
| 5366975 | + | Zwicker & Associates, PC, Attn: Ashwini Rojiwadia, Esquire, 3220 Tillman Drive, Bensalem, PA 19020-2028 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 19:04:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5366960 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 30 2020 19:03:33 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 5366962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2020 19:04:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5366963 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2020 19:04:00 | ComenityCapital/Boscovs, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5366964 | + | Email/Text: mrdiscen@discover.com | Dec 30 2020 19:04:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5366965 | + | Email/Text: dplbk@discover.com | Dec 30 2020 19:04:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5366957 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 30 2020 19:04:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5366961 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 30 2020 19:04:05 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 5366968 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 30 2020 19:04:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5366970 | + | Email/Text: Documentfiling@lciinc.com | Dec 30 2020 19:04:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 5379618 | + | Email/Text: unger@members1st.org | Dec 30 2020 19:04:00 | Members 1st FCU, 5000 Louise Drive, |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Mechanicsburg, PA 17055-4899 |
| 5366971 | + | Email/Text: bankruptcynotices@psecu.com | Dec 30 2020 19:04:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5366958 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2020 19:04:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5379437 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 19:04:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5375298 | + | Email/Text: bankruptcynotices@psecu.com | Dec 30 2020 19:04:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5380396 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2020 19:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5380397 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2020 19:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5366973 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 30 2020 19:04:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 5367325 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 19:03:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5366974 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 19:03:49 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2021             Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Debtor 1 Jay P. Ackerman gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Brenda M. Ackerman gary.imblum@imblumlaw.com |

| | |
|---|---|
| | gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Jay P. Ackerman, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:20−bk−03076−HWV |
| Brenda M. Ackerman, | |
| **Debtor 2** | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, further details will be provided to you | Date: February 11, 2021 |
| | Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 30, 2020 |

ntnew341 (04/18)