United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jay P. Ackerman  
Brenda M. Ackerman  
    Debtors

Case No. 20-03076-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 11, 2021      Form ID: ntcnfhrg      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jay P. Ackerman, Brenda M. Ackerman, 9 Briar Road, Lebanon, PA 17042-8002 |
| 5366959 | + | AES Members 1st FCU, Attn: Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5382208 | + | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 5366966 | + | FM/Citizens/Nelnet, 1 Citizens Drive, Riverside, RI 02915-3026 |
| 5374782 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5366967 | + | Kashable, LLC, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017-6127 |
| 5382362 | + | Kohl's c/o Peritus Portfolio Services, P.O. Box 141509, Irving, TX 75014-1509 |
| 5366969 | + | Lebanon FCU, 300 Schneider Drive, Lebanon, PA 17046-4811 |
| 5366972 | + | Pennsylvania Central FCU, 959 East Park Drive, Harrisburg, PA 17111-2810 |
| 5374147 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5382063 | + | Signature Servicing, LLC, 675 West Indiantown Road, Suite 103, Jupiter, FL 33458-7555 |
| 5366975 | + | Zwicker & Associates, PC, Attn: Ashwini Rojiwadia, Esquire, 3220 Tillman Drive, Bensalem, PA 19020-2028 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2021 19:41:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5366960 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 11 2021 19:42:43 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 5366962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 11 2021 19:27:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5366963 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 11 2021 19:27:00 | ComenityCapital/Boscovs, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5366964 | + | Email/Text: mrdiscen@discover.com | Feb 11 2021 19:27:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5366965 | + | Email/Text: dplbk@discover.com | Feb 11 2021 19:28:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5366957 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2021 19:27:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5366961 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 11 2021 19:44:21 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 5366968 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 11 2021 19:27:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5366970 | + | Email/Text: Documentfiling@lciinc.com | Feb 11 2021 19:27:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 5379618 | + | Email/Text: unger@members1st.org | Feb 11 2021 19:28:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 5366971 | + | Email/Text: bankruptcynotices@psecu.com | Feb 11 2021 19:28:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5366958 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2021 19:27:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5379437 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2021 19:42:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5375298 | + | Email/Text: bankruptcynotices@psecu.com | Feb 11 2021 19:28:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5380396 | | Email/Text: bnc-quantum@quantum3group.com | Feb 11 2021 19:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5380397 | | Email/Text: bnc-quantum@quantum3group.com | Feb 11 2021 19:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5366973 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 11 2021 19:28:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5367325 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 19:42:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5366974 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 19:40:52 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Debtor 1 Jay P. Ackerman gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Brenda M. Ackerman gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info |

ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Rebecca Ann Solarz
   on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com

United States Trustee
   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Jay P. Ackerman, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:20−bk−03076−HWV |
| Brenda M. Ackerman, | |
| **Debtor 2** | |

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 17, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: March 24, 2021<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 11, 2021 |

ntcnfhrg (03/18)