UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JAY P. ACKERMAN and | : CHAPTER 13 |
| | BRENDA M. ACKERMAN | : |
| | Debtor(s) | : |
| | | : |
| | CHARLES J. DEHART, III | : |
| | STANDING CHAPTER 13 TRUSTEE | : |
| | Movant | : |
| | | : |
| | vs. | : |
| | | : |
| | JAY P. ACKERMAN and | : |
| | BRENDA M. ACKERMAN | : |
| | Respondent(s) | : CASE NO.  1-20-bk-03076 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this   11th   day of February, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2.   The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a.   The plan is underfunded relative to claims to be paid – 100% plan.

3.   Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a.   2020 Federal Income Tax return.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a.   Deny confirmation of debtor(s) plan.
   b.   Dismiss or convert debtor(s) case.
   c.   Provide such other relief as is equitable and just.

Respectfully submitted:


/s/Charles J. DeHart, III_____
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   22nd   day of February, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

/s/Deborah A. Behney_____
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee2
