UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAY P. ACKERMAN and : CHAPTER 13
BRENDA M. ACKERMAN :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
JAY P. ACKERMAN and :
BRENDA M. ACKERMAN ;
   Respondent(s) : CASE NO. 1-20-bk-03076

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 19th day of March, 2021, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about February 22, 2021 be withdrawn, as all issues have been resolved.

                       Respectfully submitted:

                       /s/Charles J. DeHart, III
                       Standing Chapter 13 Trustee
                       8125 Adams Drive, Suite A
                       Hummelstown, PA 17036
                       (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 19th day of March, 2021, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA 17111

                       /s/Deborah A. Behney
                       Office of Charles J. DeHart, III
                       Standing Chapter 13 Trustee