UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JAY P ACKERMAN
BRENDA M ACKERMAN

CASE NO: 1:20-03076

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/25/2021, I did cause a copy of the following documents, described below,

Order Confirming Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/25/2021

/s/ Gary J. Imblum, Esquire
Gary J. Imblum, Esquire  42606
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111
717 238 5250

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JAY P ACKERMAN
BRENDA M ACKERMAN

CASE NO: 1:20-03076

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/25/2021, a copy of the following documents, described below,

Order Confirming Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/25/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum, Esquire
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jay P. Ackerman,

**Debtor 1**

Brenda M. Ackerman,

**Debtor 2**

Chapter 13

Case No. 1:20-bk-03076-HWV

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on December 29, 2020. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: March 25, 2021

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

orcnfpln(05/18)

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-20-BK-03076-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
THU MAR 25 12-10-53 EDT 2021

AES MEMBERS 1ST FCU
ATTN BANKRUPTCY
PO BOX 40
MECHANICSBURG PA 17055-0040

ACCELERATED INVENTORY MGT LLC
BASS ASSOCIATES PC
3936 E FT LOWELL RD SUITE 200
TUCSON AZ 85712-1083

BRENDA M ACKERMAN
9 BRIAR ROAD
LEBANON PA 17042-8002

DEBTOR
JAY P ACKERMAN
9 BRIAR ROAD
LEBANON PA 17042-8002

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

COMENITY BANKKAY JEWELERS
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITYCAPITALBOSCOVS
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER PERSONAL LOANS
ATTN BANKRUPTCY
PO BOX 30954
SALT LAKE CITY UT 84130-0954

FMCITIZENSNELNET
1 CITIZENS DRIVE
RIVERSIDE RI 02915-3026

~~EXCLUDE~~
~~GARY J IMBLUM~~
~~IMBLUM LAW OFFICES PC~~
~~4615 DERRY STREET~~
~~HARRISBURG PA 17111-2660~~

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

KASHABLE LLC
ATTN BANKRUPTCY DEPT
489 5TH AVE 18TH FLOOR
NEW YORK NY 10017-6127

KOHLS CO PERITUS PORTFOLIO SERVICES
PO BOX 141509
IRVING TX 75014-1509

KOHLSCAPITAL ONE
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201-3043

LEBANON FCU
300 SCHNEIDER DRIVE
LEBANON PA 17046-4811

LENDINGCLUB
ATTN BANKRUPTCY
595 MARKET STREET SUITE 200
SAN FRANCISCO CA 94105-2807

MEMBERS 1ST FCU
5000 LOUISE DRIVE
MECHANICSBURG PA 17055-4899

P S E C U
ATTENTION BANKRUPTCY
PO BOX 67013
HARRISBURG PA 17106-7013

PA DEPT OF REVENUE
ATTN BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG PA 17128-0946

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

CM/ECF E-SERVICE
(+) PSECU
PO BOX 67013
HARRISBURG PA 17106-7013

PENNSYLVANIA CENTRAL FCU
959 EAST PARK DRIVE
HARRISBURG PA 17111-2810

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND WA 98083-0788

CM/ECF E-SERVICE
(+) QUICKEN LOANS
ATTN BANKRUPTCY
1050 WOODWARD AVENUE
DETROIT MI 48226-3573

QUICKEN LOANS LLC
635 WOODWARD AVENUE
DETROIT MI 48226-3408

SIGNATURE SERVICING LLC
675 WEST INDIANTOWN ROAD SUITE 103
JUPITER FL 33458-7555

REBECCA ANN SOLARZ
KML LAW GROUP PC
701 MARKET ST
SUITE 5000
PHILADELPHIA PA 19106-1541

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

CM/ECF E-SERVICE
(+) UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

JAMES PETER VALECKO
WELTMAN WEINBERG AND REIS CO LPA
436 SEVENTH AVENUE
2718 KOPPERS BUILDING
PITTSBURGH PA 15219

ZWICKER ASSOCIATES PC
ATTN ASHWINI ROJIWADIA ESQUIRE
3220 TILLMAN DRIVE
BENSALEM PA 19020-2028

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

(Creditor)
QUICKEN LOANS, LLC
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Creditor)
PSECU
represented by:
James Peter Valecko
Weltman Weinberg and Reis Co LPA
436 Seventh Avenue
2718 Koppers Building
Pittsburgh, PA 15219

jvalecko@weltman.com

(Creditor)
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

dehartstaff@pamd13trustee.com

Jay P. Ackerman
9 Briar Road
Lebanon, PA 17042
(Debtor 1)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com

Brenda M. Ackerman
9 Briar Road
Lebanon, PA 17042
(Debtor 2)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com