IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JAY P. ACKERMAN : CASE NO. 1-20-03076-HWV
BRENDA M. ACKERMAN :
       Debtors : CHAPTER 13

**DEBTORS' CONSENT TO APPLICATION OF ATTORNEY
FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

     I, Jay P. Ackerman, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Second Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

                                                            *Jay P. Ackerman* (signature)
                                                            Jay P. Ackerman

     I, Brenda M. Ackerman, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Second Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

                                                             *Brenda M. Ackerman* (signature)
                                                            Brenda M. Ackerman

DATE: 11/17/21