UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> JAY P ACKERMAN <br> BRENDA M ACKERMAN <br><br> Debtor(s) | CASE NO. 20-bk-03076-HWV <br><br> CHAPTER 13 |

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE WITHOUT PREJUDICE

Kindly withdraw the appearance of James Valecko as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION and enter Milos Gvozdenovic as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION without prejudice in all matters for the duration of this bankruptcy case.

Date: 10/11/2023

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JAY P ACKERMAN<br>BRENDA M ACKERMAN<br>               Debtor(s) | CASE NO. 20-bk-03076-HWV<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Milos Gvozdenovic Esquire, attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION, do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance without prejudice has been served on October 11, 2023, upon those listed below:

**Service by First-Class Mail**:

JAY P ACKERMAN, Debtor
9 Briar Road
Lebanon, PA 170423

BRENDA M ACKERMAN, Co-Debtor
9 Briar Road
Lebanon, PA 17042

**and Service by NEF/ECF**:

Gary J Imblum, Debtors Attorney at gary.imblum@imblumlaw.com
Jack N Zaharopoulos, Trustee at info@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov


                          WELTMAN, WEINBERG & REIS CO., L.P.A.

                          /s/Milos Gvozdenovic
                          Milos Gvozdenovic
                          Weltman, Weinberg & Reis Co., L.P.A.
                          Attorney for Movant
                          965 Keynote Circle
                          Brooklyn Heights, OH 44131
                          216-739-5647
                          mgvozdenvoic@weltman.com