UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
|   JAY P. ACKERMAN : | |
|   BRENDA M. ACKERMAN : | |
|     Debtor : | |
| : | |
|   JACK N. ZAHAROPOULOS : | |
|   STANDING CHAPTER 13 TRUSTEE : | |
|     Movant : | |
| : | CASE NO. 1-20-bk-03076 |
|   JAY P. ACKERMAN : | |
|   BRENDA M. ACKERMAN : | |
|     Respondent : | |

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 31st day of December 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

   a. Pay stubs for the month of November 2024 for both Debtors

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of Debtor(s) Plan.
    b. Dismiss or convert Debtor(s) case.
    c. Provide such other relief as is equitable and just.

                                       Respectfully submitted:

                                       Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       8125 Adams Drive, Suite A
                                       Hummelstown, PA 17036
                                       (717) 566-6097

                    BY:    /s/Douglas R. Roeder
                                       Attorney for Trustee

# CERTIFICATE OF SERVICE

AND NOW, this 31st day of December 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA    17111-

/s/Tammy Life
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee