UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JAY P. ACKERMAN and<br>BRENDA M. ACKERMAN<br>   Debtor(s) | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>   Movant | : | |
| vs. | : | |
| JAY P. ACKERMAN and<br>BRENDA M. ACKERMAN<br>   Respondent(s) | : | CASE NO. 1-20-bk-03076 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 29th day of January, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about December 31, 2024, be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 29th day of January, 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary J. Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

        /s/Paige Niemond
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee

Case 1:20-bk-03076-HWV    Doc 86    Filed 01/29/25    Entered 01/29/25 15:04:36    Desc
Main Document      Page 2 of 2