UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     JAY P. ACKERMAN and | : | |
|     BRENDA M. ACKERMAN, | : | |
|         Debtors | : | |
| | : | |
|     JACK N. ZAHAROPOULOS, | : | |
|     STANDING CHAPTER 13 TRUSTEE, | : | |
|         Movant | : | |
| | : | |
|     vs. | : | |
| | : | |
|     JAY P. ACKERMAN and | : | |
|     BRENDA M. ACKERMAN, | : | |
|         Respondents | : | CASE NO. 1-20-bk-03076-HWV |

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 28th day of April 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtors' Plan for the following reason:

1. Trustee avers that Debtors' Plan cannot be administered due to the lack of the following:

    a. Paystubs for the months of March and April 2025.

WHEREFORE, Trustee alleges and avers that Debtors' Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

   a. deny confirmation of Debtors' Plan;
   b. dismiss or convert Debtors' case; and
   c. provide such other relief as is equitable and just.

                                Respectfully submitted:

                                Jack N. Zaharopoulos
                                Standing Chapter 13 Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA 17036
                                (717) 566-6097

                BY:    /s/ Douglas R. Roeder, Esquire
                                Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 28th day of April 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Gary J. Imblum, Esquire
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111-2660

        /s/ Derek M. Strouphauer, Paralegal
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee