United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                   Case No. 20-03076-HWV

Jay P. Ackerman                                                                                   Chapter 13

Brenda M. Ackerman

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                                Page 1 of 2

Date Rcvd: Jul 07, 2025                        Form ID: pdf010                               Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

**Recip ID                    Recipient Name and Address**
    +  AES Members 1st FCU, Attn Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: bankruptcynotices@psecu.com | Jul 07 2025 18:53:00 | PSECU, Attn Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:**

**Name                           Email Address**

Denise E. Carlon
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com,
                    bkgroup@kmllawgroup.com

Denise E. Carlon
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bkgroup@kmllawgroup.com,
                    bkgroup@kmllawgroup.com

Denise E. Carlon
                    on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Gary J Imblum

    on behalf of Debtor 2 Brenda M. Ackerman gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info
ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum

    on behalf of Debtor 1 Jay P. Ackerman gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info
ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos

    ecf_pahu_alt@trustee13.com

Matthew K. Fissel

    on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Milos Gvozdenovic

    on behalf of Creditor PSECU mgvozdenovic@weltman.com  pitecf@weltman.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE        :

JAY P. ACKERMAN   : CASE NO.: 1:20-bk-03076-HWV

BRENDA M. ACKERMAN :

    Debtors   : CHAPTER 13

## ORDER

Upon consideration of the Debtors' Motion to Suspend Plan Payments, Doc. 105, and

no objections having been filed, it is

**ORDERED** that the Debtors' payments under the Chapter 13 Plan are reduced to Zero

Dollars ($0.00) for three (3) months from June 2025 through August 2025, with the remainder of

the payment to be made in a lump sum at the end of the Chapter 13 Plan.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 7, 2025