## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
BRENDA M. ACKERMAN :    CASE NO. 1:20-bk-03076 HWV
JAY P. ACKERMAN :
        Debtors :    CHAPTER 13
 :
ROCKET MORTGAGE, LLC :
fka QUICKEN LOANS, LLC :
fka QUICKEN LOANS INC :
        Movant :
 :
    v. :
BRENDA M. ACKERMAN :
JAY P. ACKERMAN :
JACK N. ZAHAROPOULOS :
        Respondents :

## <u>DEBTORS' RESPONSE TO MOTION OF<br>ROCKET MORTGAGE, LLC fka QUICKEN LOAN, LLC fka QUICKEN LOANS INC.<br>FOR RELIEF FROM THE AUTOMATIC STAY</u>

**AND NOW,** come Debtors, Brenda M. Ackerman and Jay P. Ackerman, by and through their attorney, Gary J. Imblum, and respectfully respond as follows:

1.     Admitted.

2.     Admitted.

3.     Admitted.

4.     Admitted in part and denied in part. Debtors have no knowledge as the holder of the mortgage. Strict proof is demanded.

5.     Admitted.

6.     Admitted.

7.     Admitted in part and denied in part. See response to paragraph 6.

8.     Admitted in part and denied in part. Debtors have no knowledge as to the pay off

of the loan.  Strict proof is demanded.

9.    The value of the real estate in 2020 was 173,000.00 according to the market analysis attached to Debtors schedules.  The property is certainly worth significantly more at the present time. Accordingly, there is a significant equity cushion providing adequate protection to the Movant. Further, Debtors are providing adequate protection through regular monthly payments to the extent that the monthly payments are in arrears, Debtors will make an offer in the near future to bring same current.

10.    Admitted in part and denied in part.  All such fees and costs should be approved as part of the resolution of this matter.

11.    Denied.  See response to paragraph 10.

**WHEREFORE**, Debtors respectfully request/s that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: _____1-30 '26_____

**CERTIFICATION OF SERVICE**

I, Sharlene R. Miller, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF ROCKET MORTGAGE, LLC fka QUICKEN LOAN, LLC fka QUICKEN LOANS INC. FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MATTHEW FISSEL, ESQUIRE
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

Sharlene R. Miller, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 2/2/2026