**Fill in this information to identify the case:**

Debtor 1          JAY P. ACKERMAN

Debtor 2          BRENDA M. ACKERMAN
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE          District of   PA
                                                                        (State)

Case number   20-03076

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   QUICKEN LOANS                    **Court claim no.** (if known):
                                                                                 1

**Last 4 digits** of any number you use to identify the debtor's account:   0   0   1   2

**Property address:**        9 BRIAR ROAD
                             Number        Street


                             LEBANON,              PA       17042
                             City                  State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3:   Arrearages

|  | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 1,964.21 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 1,964.21 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ 3,377.67 |
| d. | Total amount of arrearages disbursed by the trustee: | $ 5,341.88 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager     Date   5 / 27 / 2026
Signature

Trustee     Jack          N          Zaharopoulos
First Name     Middle Name     Last Name

Address     8125 Adams Drive, Suite A
Number          Street

Hummelstown          PA          17036
City               State     ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email  info@pamd13trustee.com

Case 1:20-bk-03076-HWV   Doc 129   Filed 05/27/26   Entered 05/27/26 06:42:07   Desc
Main Document     Page 2 of 4

# Disbursements for Claim

**QUICKEN LOANS INC**
635 WOODWARD AVENUE

DETROIT, MI   48226-

Acct No: 0012/PRE ARREARS/9 BRIAR l

REFUND/LOAN MOD   NO LOAN MOD   AMENDED POC 2/23

Sequence: 24
Modify:
Filed Date: 11/17/2020  12:00:00AM
Hold Code: P

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Debt: | $1,964.21 | Interest Paid: | $0.00 |
| Amt Sched:  $130,211.00 | | | Accrued Int: | $0.00 |
| Amt Due:  $0.00 | Paid: | $1,964.21 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **QUICKEN LOANS INC** | | | | | | | |
| 520-0 | QUICKEN LOANS INC | C | 12/06/2022 | 0 | ($3,525.17) | $0.00 | ($3,525.17) | 08/30/2024 |
| | | | | | | | Cred Rfd Chk #: 1006462 | |
| 520-0 | QUICKEN LOANS INC | | 11/16/2022 | 2019167 | $299.73 | $0.00 | $299.73 | 12/15/2022 |
| 520-0 | QUICKEN LOANS INC | | 10/18/2022 | 2018143 | $299.74 | $0.00 | $299.74 | 10/27/2022 |
| 520-0 | QUICKEN LOANS INC | | 09/13/2022 | 2017069 | $316.17 | $0.00 | $316.17 | 09/23/2022 |
| 520-0 | QUICKEN LOANS INC | | 08/17/2022 | 2016064 | $316.17 | $0.00 | $316.17 | 08/26/2022 |
| 520-0 | QUICKEN LOANS INC | | 07/13/2022 | 2014997 | $316.17 | $0.00 | $316.17 | 07/25/2022 |
| 520-0 | QUICKEN LOANS INC | | 06/14/2022 | 2014023 | $294.26 | $0.00 | $294.26 | 06/22/2022 |
| 520-0 | QUICKEN LOANS INC | | 05/17/2022 | 2013003 | $298.15 | $0.00 | $298.15 | 05/24/2022 |
| 520-0 | QUICKEN LOANS INC | | 04/12/2022 | 2011911 | $631.89 | $0.00 | $631.89 | 04/21/2022 |
| 520-0 | QUICKEN LOANS INC | C | 01/20/2022 | 0 | ($470.81) | $0.00 | ($470.81) | 08/30/2024 |
| | | | | | | | Cred Rfd Chk #: 1005442 | |
| 520-0 | QUICKEN LOANS INC | | 11/16/2021 | 2006902 | $470.81 | $0.00 | $470.81 | 11/24/2021 |
| 520-0 | QUICKEN LOANS INC | | 10/14/2021 | 2005870 | $2,717.10 | $0.00 | $2,717.10 | 10/27/2021 |
| | | | | Sub-totals: | $1,964.21 | $0.00 | $1,964.21 | |
| | | | | Grand Total: | $1,964.21 | $0.00 | | |

# Disbursements for Claim

**Case: 20-03076        JAY P. ACKERMAN**

**QUICKEN LOANS INC**
635 WOODWARD AVENUE

DETROIT, MI   48226-

Acct No: 0012/POST ARREARS/9 BRIAR

REFUND/LOAN MOD  AMENDED POC 2/20/23

Sequence: 24
Modify:
Filed Date: 11/17/2020  12:00:00AM
Hold Code: P

|  | Debt: | $3,377.67 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched:    $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due:    $0.00 | Paid: | $3,377.67 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5210** | **QUICKEN LOANS INC** | | | | | | | |
| 521-0 | QUICKEN LOANS INC | | 01/18/2023 | 2021119 | $1,040.68 | $0.00 | $1,040.68 | 02/02/2023 |
| 521-0 | QUICKEN LOANS INC | | 11/16/2022 | 2019167 | $127.61 | $0.00 | $127.61 | 12/15/2022 |
| 521-0 | QUICKEN LOANS INC | | 10/18/2022 | 2018143 | $127.60 | $0.00 | $127.60 | 10/27/2022 |
| 521-0 | QUICKEN LOANS INC | | 09/13/2022 | 2017069 | $134.60 | $0.00 | $134.60 | 09/23/2022 |
| 521-0 | QUICKEN LOANS INC | | 08/17/2022 | 2016065 | $134.60 | $0.00 | $134.60 | 08/26/2022 |
| 521-0 | QUICKEN LOANS INC | | 07/13/2022 | 2014997 | $134.61 | $0.00 | $134.61 | 07/25/2022 |
| 521-0 | QUICKEN LOANS INC | | 06/14/2022 | 2014023 | $125.27 | $0.00 | $125.27 | 06/22/2022 |
| 521-0 | QUICKEN LOANS INC | | 05/17/2022 | 2013003 | $126.93 | $0.00 | $126.93 | 05/24/2022 |
| 521-0 | QUICKEN LOANS INC | | 04/12/2022 | 2011912 | $269.01 | $0.00 | $269.01 | 04/21/2022 |
| 521-0 | QUICKEN LOANS INC | C | 01/20/2022 | 0 | ($200.43) | $0.00 | ($200.43) | 08/30/2024 |
| | | | | | | | Cred Rfd Chk #: 1005442 | |
| 521-0 | QUICKEN LOANS INC | | 11/16/2021 | 2006902 | $200.43 | $0.00 | $200.43 | 11/24/2021 |
| 521-0 | QUICKEN LOANS INC | | 10/14/2021 | 2005870 | $1,156.76 | $0.00 | $1,156.76 | 10/27/2021 |

|  |  |  | Sub-totals: | $3,377.67 | $0.00 | $3,377.67 |
|---|---|---|---|---|---|---|
|  |  |  | Grand Total: | $3,377.67 | $0.00 | |