IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda M. Ackerman<br>Jay P. Ackerman<br>                         **Debtor(s)**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>                         **Movant**<br>vs.<br><br>**Brenda M. Ackerman**<br>**Jay P. Ackerman**<br>                         **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>                         **Trustee** | BK NO. 20-03076 HWV<br><br>Chapter 13<br><br>Related to Claim No. 1 |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 12, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Brenda M. Ackerman
9 Briar Rd
Lebanon, PA 17042

Jay P. Ackerman
9 Briar Rd
Lebanon, PA 17042

<u>Attorney for Debtor(s)</u>
Gary J. Imblum, Esq.
Imblum Law Offices, P.C. 4615 Derry Street
Harrisburg, PA 17111

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>December 12, 2022</u>

                                              **/s/Michael P. Farrington Esq.**
                                              Michael P. Farrington Esq.
                                              Attorney I.D. 329636
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              (215) 825-6488
                                              mfarrington@kmllawgroup.com